ACCEPTED
03-14-00669-CR
5268297
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:07:25 PM
JEFFREY D. KYLE
CLERK



# THE LAW OFFICE OF CHAD P. VAN BRUNT

310 SOUTH ST. MARY'S STREET
SUITE 1840
SAN ANTONIO, TEXAS 78205
TEL: (210) 399-8669
FAX: (210) 568-4927
EMAIL: VANBRUNTLAW@LIVE.COM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:07:25 PM
JEFFREY D. KYLE
Clerk

May 12, 2015

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin Texas 78711

### Re: Court of Appeals Number: 03-14-00669-CR
### Trial Court Case Number: CR2013-159

Dear Mr. Kyle,

This letter is to confirm that Appellant wishes to proceed with oral argument.

Thank you for your attention regarding this matter. If you have any question, please do not hesitate to contact my office at (210) 399-8669.

Sincerely,

/s/ Chad Van Brunt
Chad Van Brunt